BRIAN C. SHAPIRO
ATTORNEY AT LAW 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712
TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff PAUL W. ORLOFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PAUL W. ORLOFF, | ) Case No.:  SACV 07-00788 (CW) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | ) |
| Defendant | ) |

TO THE HONORABLE CARLA M. WOEHRLE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

1     IT IS HEREBY ORDERED, based on the stipulation by and between the

2  parties, through their respective counsel, that the court dismisses the above matter

3  without prejudice. Each side to bear her own costs and expenses, including but not

4  limited to attorney's fees.

5

6     IT IS SO ORDERED.

7  DATE: January 23, 2008

8

9                     /s/
                THE HONORABLE CARLA M. WOEHRLE

10              UNITED STATES MAGISTRATE JUDGE

-2-